## Ida M. Mazur and Sarah M. Cohen, Appellees, v. Chicago Transit Authority, Appellant.

### Gen. No. 46,591. (Abstract of Decision.)

First District, First Division.

October 31, 1955.

Released for publication November 16. 1955.

Thomas C. Strachan, Jr., James O. Dwight, Harry I. Parsons, and George C. Bunge, for appellant; Arthur J. Donovan, of counsel; Irving G. Zazove, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.